IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

        Plaintiff,

-vs-                                                  Criminal Action No.
                                                    22-00048-11-CR-W-DGK

KYEIR C. THEUS,

        Defendant.

_____

**MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE**

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGES**: Count 1:  Conspiracy to distribute 5 kilograms or more of cocaine; fentanyl; and less than 50 kilograms of marijuana *in violation of* 21 U.S.C. § 841(a)(1), (b)(1)(C) and (b)(1)(D)

                        Count 5:  Felon in Possession of a Firearm or Ammunition *in violation of* 18 U.S.C. § 922(g)(1) and 924(a)(2)

                        Count 27:  Use of a Communication Facility to Facilitate a Drug Trafficking Crime *in violation of* 21 U.S.C. § 843(b) and (d)(1)

                        Forfeiture Allegation One

**TRIAL COUNSEL**:
        Government: Matthew Moeder, Sean Foley, Stephanie Bradshaw; Paralegal Michelle Wells
        Case Agent: ATF Special Agent Elizabeth White
        Defense: Martin Warhurst

**OUTSTANDING MOTIONS**:  None

**ANTICIPATED MOTIONS**: Government - F.R.E. Rule 404(b) Notice; Defense - None

**TRIAL WITNESSES**:
        Government: 50 without stipulations if four defendants go to trial; premature to address stipulations specific to each defendant
        Defense: 3 witnesses, including Defendant who    ( ) will
                                                                   (x) may
                                                                   ( ) will not testify

**TRIAL EXHIBITS**:
      Government: 300 exhibits with four defendants going to trial
      Defense: No additional exhibits

**DEFENSES**:
      (x)    defense of general denial
      ( )    defenses of general denial and _____

**POSSIBLE DISPOSITION**:
      (x) Definitely for trial        ( ) Possibly for trial
      ( ) Motion to continue to be filed    ( ) Likely a plea will be worked out

**TRIAL TIME: 10 days for trial with four defendants**
      Government's case including jury selection: 7-8 days
      Defense case: .5 days

**STIPULATIONS**:
      ( )    not likely
      ( )    not appropriate
      (x)    likely as to:
            (x)    chain of custody
            ( )    chemist's reports
            ( )    prior felony conviction
            ( )    interstate nexus of firearm
            (x)    other: <u>foundation of search warrant executions</u>

**UNUSUAL QUESTIONS OF LAW**: None

**FILING DEADLINES:**

      **Witness and Exhibit Lists**:
      Government: On or before June 24, 2024
      Defense: On or before June 24, 2024
      **Counsel are requested to list witnesses in alphabetical order on their witness list.**

      **Exhibit Index, Voir Dire, Jury Instructions**: On or before June 24, 2024
      **Jury instructions must comply with Local Rule 51.1**

      **Motions in Limine**: On or before June 24, 2024

**TRIAL SETTING**: Criminal jury trial docket commencing 7/8/2024
      **Please note**:  The Government requests trial start on the second week of the docket as Government Counsel has a conflict on July 8th and 9th.  However, Government Counsel would be available beginning July 10th.

**OTHER**:
( ) A _____-speaking interpreter is required.
( ) Other assistive devices:

**IT IS SO ORDERED.**

*/s/ Jill A. Morris*
JILL A. MORRIS
United States Magistrate Judge